PROB 12C
(6/16)

Report Date: November 17, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Glen Edward Dockins | Case Number: 0980 2:13CR02039-EFS-1 |
| Address of Offender: ▪ | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 11, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 77 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence: | Prison - Credit for Time Served; TSR - 36 months | |
| Asst. U.S. Attorney: | Alvin Guzman | Date Supervision Commenced: October 5, 2016 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: October 4, 2019 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On or about November 15, 2017, Mr. Dockins engaged in trafficking in stolen property, possession of stolen property, and vehicle prowling.<br><br>On October 6, 2016, Mr. Dockins' conditions of supervision were reviewed with him.  He signed the conditions acknowledging an understanding of the conditions to includes mandatary condition number two as noted above.<br><br>On November 17, 2017, this officer received an incident report, #S17-12389, from the Kittitas County Sheriffs Office which states on November 15, 2017, Mr. Dockins was arrested by a Kittitas County Sheriffs Deputy and booked into Kittitas County Jail for first degree trafficking in stolen property, first degree possession of stolen property, and second degree vehicle prowling. |

Prob12C
**Re: Dockins, Glen Edward**
**November 17, 2017**
Page 2

On November 17, 2017, this officer spoke with an assistant at the Kittitas County Prosecutor's office who advised Mr. Dockins had been charged with first degree possession of stolen property, first degree trafficking in stolen property, and second degree vehicle prowl.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 17, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

November 17, 2017
Date